**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BENNY VADEN,                                )          Case No.: CV 15-5294 DSF (AJWx)

            Plaintiff,                      )

            v.                                  )          JUDGMENT

MEGAN J. BRENNAN, Postmaster    )
General,                                        )

            Defendant.                      )

_____ )

      The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff having not provided any evidence that defendant has been served with the complaint and summons in compliance with Rule 4,

      IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

            5/23/16

Dated: _____          _____
                                  Dale S. Fischer
                           United States District Judge